UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

QUANERGY SOLUTIONS, INC. f/k/a
ROLISI, LLC, a Delaware corporation,

            Plaintiff,

   v.

PRIME COMMUNICATIONS, INC. d/b/a
PRIME SECURED, a Nebraska Corporation.

          Defendants.

CASE NO. 5:24-CV-08671-NW

**JOINT STIPULATION OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL**

**WHEREAS**, Plaintiff, Quanergy Solutions, Inc. f/k/a Rolisi, LLC ("Plaintiff" or "Quanergy"), filed a Verified Complaint (the "Complaint") against, Defendant, Prime Communications, Inc. d/b/a Prime Secured ("Defendant" or "Prime"), on December 3, 2024;

**WHEREAS**, Quanergy and Prime have negotiated in good faith to resolve the issues alleged in the Complaint;

**WHEREAS**, neither Quanergy, nor Prime, in the above-captioned action are infants or incompetent persons; and

**WHEREAS**, Quanergy and Prime wish to discontinue the litigation in the above-captioned action;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel as follows:

1. Quanergy and Prime hereby agree that the above-captioned action is dismissed and discontinued with prejudice and without costs, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure.

2. Any and all of the claims that are the subject of this action are hereby settled pursuant to a confidential settlement agreement.

3. Nothing in this So Ordered Stipulation of Settlement shall be construed as an admission or concession of liability whatsoever by Prime regarding any of the allegations made by Quanergy in the Complaint in this action.

4. This Stipulation of Settlement and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or

1

**STIPULATION OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL**

Case No. 5:24-CV-08671-NW

proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Settlement.

Dated: March 4, 2026

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

By */s/ Ely Goldin*
ELY GOLDIN
JACK SHEAN
JACK PRAETZELLIS
CHRISTIN KIM
Attorneys for Plaintiff Quanergy Solutions, Inc.

Dated: March 4, 2026

Respectfully Submitted,

**GOOSMAN LAW FIRM, PLC**
**CONSTANGY, BROOKS,**
**SMITH & PROPHETE, LLP**

By */s/ Steven C. Henricks*
STEVEN C. HENRICKS
JEANA L. GOOSMAN
DAVID A. YUDELSON
Attorneys for Plaintiff Prime Communications, Inc.

## ORDER

The foregoing Joint Stipulation of Dismissal is approved. This matter is dismissed with prejudice.

_____
United States District Judge Noël Wise

Dated: San Jose, California
       March 9, 2026

2

**STIPULATION OF SETTLEMENT AND**
~~[PROPOSED]~~ **ORDER OF DISMISSAL**

Case No. 5:24-CV-08671-NW